mortgage to be $1711.20, and upon that agreement judgment was rendered for Lewden, the plaintiff in error, for that sum.

**JACOB RAYMOND, plaintiff below, v. GEORGE MONRO, Heir of George Monro, and JAMES McCALLMONT, who married with one of the Heirs (now deceased) of the said George Monro.**

High Court of Errors and Appeals.  June 10, 1819.

*Ridgely's Notebook II, 414.*

**WILLIAM DOUGLASS' ADMINISTRATOR v. ROBERT STEVENS**

High Court of Errors and Appeals.  June 11, 1819.

*Ridgely's Notebook II, 423.*

